UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MILTON M., | ) | Civil Action No: 5:24-cv-00005-DNH-MJK |
|     *Plaintiff*, | ) | |
| | ) | Hon. David N. Hurd |
| vs. | ) | United States District Judge |
| | ) | |
| | ) | Hon. Mitchell J. Katz |
| COMMISSIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY, | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin J. O'Malley, | Milton M., |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys | By His Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/ Howard D. Olinsky* [1] |
| Geoffrey M. Peters | Howard D. Olinsky, Esq. |
| Special Assistant United States Attorney | NY Bar Roll No. 102297 |
| NDNY Bar Roll No. 704027 | Olinsky Law Group |
| Social Security Administration | 250 S. Clinton St., Ste. 210 |
| 6401 Security Boulevard | Syracuse, NY 13202 |

---

[1] Signed by SAUSA Peters with Mr. Olinsky's consent obtained via email on April 1, 2024.

1

<div style="display: flex; justify-content: space-between;">

Baltimore, MD 21235  
(212) 264-1298  
Geoffrey.Peters@ssa.gov

Telephone: (315) 701-5780  
Fax: (315) 701-5781  
holinsky@windisability.com

</div>

IT IS SO ORDERED:

_____  
David N. Hurd  
U.S. District Judge

Dated: 04-02-2024