# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Milton Martinez**
        Plaintiff(s)

vs.                      **CASE NUMBER: 5:24-cv-00005**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND: The parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will take further action to complete the administrative record and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 2, 2024.

DATED: April 2, 2024

                                          John Domurad
                                          Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk